```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :   25cr502(DLC)
            -v-                       :
                                      :   ORDER
DAVID REYES and CARLOS GAGOT,         :
                                      :
                  Defendants.         :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the initial conference scheduled for November 7, 2025 is adjourned to November 14, 2025 at 3:30 PM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from today until November 14, 2025 is excluded in the interest of justice. This exclusion outweighs the best interest of the defendants and the public in a speedy trial. It will allow principal trial counsel to appear at the conference so a trial date can be chosen and a pretrial schedule set that works for all parties.

Dated:   New York, New York
         November 5, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge