UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

                                         :

UNITED STATES OF AMERICA                 :

                                         :        25cr502-2(DLC)

            -v-                          :

                                         :           ORDER

DAVID REYES,                             :

                                         :

                        Defendant.       :

                                         :

---------------------------------------- X

DENISE COTE, District Judge:

On February 6, 2026, counsel for defendant David Reyes filed a letter on the docket dated January 30 requesting an unspecified modification to the defendant's pretrial releasee.  Accordingly, it is hereby

ORDERED that a conference to address the defendant's request is scheduled for February 19, 2026 at 2:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          February 12, 2026

                              _____
                                       DENISE COTE
                              United States District Judge