```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :        25cr502(DLC)
                                           :
          -v-                              :          ORDER
                                           :
DAVID REYES and CARLOS GAGOT,              :
                                           :
                    Defendants.            :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

Trial in this case is scheduled to begin on **June 1, 2026 at 9:30 AM**. Accordingly, it is hereby

ORDERED that any Rule 404(b) motions and motions in limine shall be filed by **May 1, 2026**; opposition shall be filed by **May 8, 2026**. Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that any written Voir Dire requests, Requests to Charge or Trial Memorandum, shall be filed by **May 8.** Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **May 19, 2026** at **10:00 AM** in Courtroom 18B, 500 Pearl Street.

2

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated:    New York, New York
          March 23, 2026

_____
DENISE COTE
United States District Judge

Effective: April 1, 2021

### INDIVIDUAL PRACTICES IN CRIMINAL CASES
**DENISE COTE, United States District Judge**

**Chambers**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Courtroom**
Courtroom 18B
500 Pearl Street

### ECF CASES

1.    Counsel are required to register in accordance with the Procedures for Electronic Case Filing within <u>one week</u> following the initial pretrial conference.  Counsel can access the Court's web site: www.nysd.uscourts.gov and click on CM/ECF Home Page for complete instructions on how to register.

### COMMUNICATIONS

2.    Communications with Chambers shall be by letter filed electronically on ECF, unless there is a request to file a letter under seal or a letter contains sensitive or confidential information.  When a letter is accompanied by attachments exceeding 10 pages in length, the submitting party shall both file the letter electronically <u>and</u> deliver a hardcopy with the attachments to Chambers by mail or hand delivery.  No electronically filed letter shall be sent to the Court by mail unless it has an attachment greater than ten pages.  Copies of correspondence between counsel shall not be sent to the Court (except as exhibits to an otherwise properly filed document).

### SUBSTITUTION OF COUNSEL

3.    When there is a substitution of defense counsel, counsel of record must contact the Courtroom Deputy to schedule a conference.  At the conference, the Court will address the application by defense counsel to be relieved.  The defendant, defense counsel of record, replacement counsel and the A.U.S.A. must also attend the conference.

### MOTIONS

4.    In making discovery motions, counsel are expected to comply with Southern District Local Criminal Rule 16.1.  Any discovery motion must contain the Rule 16.1 affidavit.

1

## **GUILTY PLEAS**

5.      Defense counsel are expected to have reviewed any plea, cooperation or other agreement -- if necessary, with the assistance of an interpreter -- with the defendant <u>prior</u> to the time set for the conference with the Court.

## **SENTENCES**

6.      Any request for an adjournment of sentence **must be made by letter,** filed on ECF as previously described, as early as possible, but no later than <u>three</u> business days before the date at issue.  Such requests should state whether opposing counsel consents.

7.      Except for submissions to be filed under seal or in redacted form, every document in a sentencing submission, including letters, must be filed on ECF.  Letters should be grouped and filed together as attachments to a single document marked SENTENCING MEMORANDUM with the caption and docket number clearly indicated.  The defendant is responsible for filing all letters submitted on behalf of the defendant, including those from friends and relatives.  The Government is responsible for filing all letters from victims.