UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :
                                           :          25cr502-1(DLC)
             -v-                           :
                                           :             ORDER
DAVID REYES,                               :
                                           :
                      Defendant.           :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

On April 27, 2026, the Government filed a letter requesting an adjournment sine die of the defendant's pretrial submission deadlines and separately to schedule a change of plea conference. Accordingly, it is hereby

ORDERED that the trial remains scheduled for June 1, 2026. The pretrial submission schedule is adjusted.  Any expert disclosures, Rule 404(b) motions and motions in limine shall be filed by **May 15, 2026**; opposition shall be filed by **May 22, 2026**. Any written Voir Dire requests, Requests to Charge or Trial Memorandum, shall be filed by **May 15**.  Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that the parties shall confer and let the Court know their preference for a change of plea conference that takes place no later than May 8.

Dated:    New York, New York
          April 28, 2026

                              _____
                              DENISE COTE
                              United States District Judge