UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :          25cr502-1(DLC)
              -v-                        :
                                         :          ORDER
DAVID REYES,                             :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a change of plea conference is
scheduled for Wednesday, May 13, 2026 at 11:00 AM in Courtroom
18B, 500 Pearl Street.

Dated:    New York, New York
          May 5, 2026

                              _____
                                       DENISE COTE
                              United States District Judge