UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
                                          :      25cr502-1(DLC)
UNITED STATES OF AMERICA,                 :
                                          :         ORDER
            -v-                           :
                                          :
                                          :
DAVID REYES,                              :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     For the reasons set forth on the record on May 18, 2026, it

is hereby

     ORDERED that the defendant David Reyes (USM #01798-512) is

remanded to the custody of the United States Marshal's Service.

Dated:    New York, New York
          May 18, 2026

                              _____
                                     DENISE COTE
                              United States District Judge